FELIX TORRES, JR.
P.O. BOX 8065
LAGUNA HILLS, CA 92654
TELEPHONE: 650-906-13..
Email: boalt77@yahoo.com

FILED
2008 FEB -8 A 10: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
T. OF CA. S.J.

RECEIVED
FEB - 8 2008

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C 08   00857   HRL

FELIX TORRES, JR.,

    Plaintif,

vs.

UNIVERSITY OF CALIFORNIA, SANTA CRUZ; UCSC Campus Police; UCSC Mickey Aluffi, Chief of Police individually and in official capacity; UCSC Police Officer M Connor, individually and in official capacity; UCSC Animal Control Officer Jen Holz individually and in official capacity; UCSC ADA Compliance Officer Susan Willats, individually and in official capacity; and DOES 1-10, Inclusive.

    Defendants

Case No.

DECLARATION IN SUPPORT OF FILING PAUPER PAUPERIS APPLICATION RE FILING FEE WAIVER

I FELIX TORRES, JR, declare as follows;

1. I am the Plaintiff in the above named lawsuit and if called to testify I could Competently testify that;

2. I have filed fourteen federal lawsuits from 1999 through 2008.

3. In these lawsuits my pauper pauperis applications in nine of those cases have been approved by federal judges in this district.

4. Two of twelve cases required no fees and two of the fourteen cases were dismissed pursuant to a prior court order of this court against certain named defendants.

5. My pauper pauperis financial declarations in all of the proceedings have been based on the same or similar financial date e.g. receiving social security disability funds which met my basic living expenses.

6. My auto payment of $596.62 is in reality my rent payment because I live out of my car.

I DECLARE UNDER PENALY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. EXECUTED ON THIS DAY IN ORANGE COUNTY, CALIFORNIA.

DATED: 1-16-2008

