FILED

2008 FEB -8 A 10: 3

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RECEIVED
FEB - 8 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FELIX TORRES, JR.
        Plaintiff,

CASE NO. C 08 00857 HRL

vs.

UNIVERSITY OF CALIFORNIA, SANTA CRUZ et al.
        Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, FELIX TORRES, JR., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  LAST EMPLOYED IN 1985 WITH UNION BANK OF CALIFORNIA IN SAN DIEGO CALIFORNIA.
3  _____
4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.    Business, Profession or                Yes ____ No ✓
8          self employment?

9      b.    Income from stocks, bonds,             Yes ____ No ✓
10         or royalties?

11     c.    Rent payments?                         Yes ____ No ✓

12     d.    Pensions, annuities, or                Yes ____ No ✓
13         life insurance payments?

14     e.    Federal or State welfare payments,     Yes ✓ No ____
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 RECEIVING SOCIAL SECURITY DISABILITY MONTHLY BENEFITS OF $1550.00
20 _____

21 3.    Are you married?                                 Yes ____ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.    a.    List amount you contribute to your spouse's support: $ _____
27     b.    List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.  Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ___ No ___

Make  JEEF CHEROKEE    Year  2006    Model  GRAND CHEROKEE

Is it financed? Yes ✓ No ___ If so, Total due: $ 20,000.00

Monthly Payment: $ 596.62

7.  Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: US BANK  EL TORO CALIFORNIA

_____

Present balance(s): $ 300.00

Do you own any cash? Yes ✓ No ___ Amount: $ $30.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No ✓

_____

8.  What are your monthly expenses?

Rent: $ N/A    Utilities: _____

Food: $ 310.00    Clothing: 25

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

SPRINT CPHONE $60.00; MEDS $30.00; AUTO INS $130.00; HEALTH CLUB $37.00; AUTO GAS $300.00

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _✓_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-14-2008

DATE

SIGNATURE OF APPLICANT

- 4 -