FILED
2008 FEB -8 A 10: 36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RECEIVED
FEB - 8 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELIX TORRES, JR.

    Plaintiff(s),

v.

UNIVERSITY OF CALIFORNIA, SANTA CRUZ et al.

    Defendant(s).

C08 00857 HRL

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1-16-2008

Signature _____

Counsel for pro per
(Plaintiff, Defendant, or indicate "pro se")