**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Felix Torres, Jr.,

    Plaintiff,

v.

University of California, Santa Cruz, et.al.,

    Defendants.
_____/

No. C08-00857

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 27, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **June 9, 2008 at 10:00 a.m..**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on May 27, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: February 13, 2008
                              RICHARD W. WIEKING, Clerk
                              United States District Court

                              /s/*Patty Cromwell*
                              By: Patty Cromwell
                              Courtroom Deputy Clerk for
                              Magistrate Judge Howard R. Lloyd

1 THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Felix Torres, Jr
P.O. Box 8065
Laguna Hills, CA 92654