**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

**February 13, 2008**

**CASE NUMBER: CV 08-00857 HRL**
**CASE TITLE: FELIX TORRES, JR.,-v-UNIVERSITY OF CALIFORNIA SANTA CRUZ, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case assigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 02/12/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                            Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 02/13/08 tsh |

CASE SYSTEMS ADMINISTRATOR:
| | |
|---|---|
| Copies to: All Counsel | Transferor CSA |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX TORRES, JR.,, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF CALIFORNIA SANTA CRUZ, ET AL. et al, <br><br> Defendant. _____/ | Case Number: CV08-00857 JW <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felix Torres
P.O. Box 8065
LaGuna Hills, CA 92654

Dated: February 14, 2008

                                              Richard W. Wieking, Clerk
                                              By: Tiffany Salinas-Harwell, Deputy Clerk