1  MICHAEL A. LAURENSON (SBN: 190023)
   GORDON & REES LLP
2  Embarcadero Center West
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorney for Defendants
   REGENTS OF THE UNIVERSITY OF
6  CALIFORNIA and SUSAN WILLATS

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 FELIX TORRES, JR.,                    )  CASE NO. C08-00857 JW
                                         )
12              Plaintiff,               )  **PROOF OF SERVICE**
                                         )
13     vs.                               )
                                         )
14 REGENTS OF THE UNIVERSITY OF          )
   CALIFORNIA; UCSC ADA COMPLIANCE       )
15 OFFICER SUSAN WILLATS, individually and in )
   official capacity; and DOES 1-10, Inclusive, )
16                                       )
                Defendants.              )
17 _____ )

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

<div style="text-align: left; float: left;">Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111</div>

<div style="text-align: center;">PROOF OF SERVICE</div>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On April 28, 2008, I served the within documents:

**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT/JURY RESERVED**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Felix Torres, Jr.
P.O. Box 8065
LaGuna Hills, CA  92654

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 28, 2008 at San Francisco, California.

_____
Karen A. Sheehy