1  MICHAEL A. LAURENSON  (SBN: 190023)
   GORDON & REES LLP
2  275 Battery Street, Suite 2000
   San Francisco, CA  94111
3  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
4
   Attorneys for Defendant
5  REGENTS OF THE UNIVERSITY
   OF CALIFORNIA and SUSAN WILLATS
6
   FELIX TORRES, JR.
7  P.O. Box 8605
   Laguna Hills, CA  92654
8  Telephone: (650) 906-1346

9  Plaintiff, Pro Se

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13  FELIX TORRES, JR.,                   )  CASE NO.  C08-00857 JW
                                         )
14                       Plaintiff,      )  **JOINT CASE MANAGEMENT**
                                         )  **STATEMENT AND PROPOSED**
15       vs.                             )  **ORDER**
                                         )
16  REGENTS OF THE UNIVERSITY OF         )  Date:  June 9, 2008
    CALIFORNIA; UCSC ADA COMPLIANCE      )  Time:  10:00 a.m.
17  OFFICER SUSAN WILLATS, individually and )  Courtroom:  8, 4th Floor
    in official capacity; and DOES 1-10, Inclusive, )  Judge:  James Ware
18                                       )
                                         )
19                       Defendants.     )
    _____ )

20

21       Plaintiff FELIX TORRES, JR. ("Plaintiff"), and Defendants REGENTS OF THE

22  UNIVERSITY OF CALIFORNIA and UCSC ADA COMPLIANCE OFFICER SUSAN

23  WILLATS ("Defendants") hereby jointly submit this Case Management Statement and Proposed

24  Order and request the Court to adopt it as its Case Management Order in this case.

25                          **DESCRIPTION OF THE CASE**

26  1.      **UNDERLYING EVENTS**

27       Plaintiff Felix Torres alleges that he suffers from Myasthenia Gravis, a neurological

28  illness, and is considered an individual with a disability under the ADA.

                                    -1-

1    UC Santa Cruz ("UCSC") has a "no dogs" policy which prohibits dogs on campus, with

2 certain exceptions.  One of those exceptions is animals assisting persons with disabilities.

3    On May 27, 2007, while on campus with his dog "Cookie," Plaintiff was approached by

4 UCSC Police Officer Gary McConnell and asked about his dog.  Plaintiff responded that he had

5 prior permission to have the dog on campus and that he was disabled and the dog helped him go

6 up and down hills.  Due to the dog's small size, Officer McConnell asked plaintiff for proof of

7 permission.  Plaintiff contends that Officer McConnell also disputed plaintiff's assertion that he

8 was disabled.  When plaintiff indicated that he could not provide proof, Officer McConnell cited

9 Plaintiff for having an unauthorized dog on campus.  Plaintiff was ultimately fined $96.00 in

10 Santa Cruz Superior Traffic Court for the violation.

11    **2.    FACTUAL ISSUES IN DISPUTE**

12    Whether plaintiff's dog qualifies as a trained service animal under the ADA.

13    Whether plaintiff had prior verbal permission to have his dog on campus before the

14 citation was issued.

15    Whether plaintiff was given verbal permission to have his dog on campus after the

16 citation was issued but before the fine was imposed.

17    **3.    LEGAL ISSUES IN DISPUTE**

18    Plaintiff admits that UCSC's "no dogs" policy complies with the ADA.  However, he

19 questions the need for the policy at all.  Defendant contends that whether its policy is "good" or

20 "necessary" is beyond the scope of this action provided the policy complies with the ADA, as

21 plaintiff admits.

22    **4.    OTHER ISSUES WHICH REMAIN UNRESOLVED**

23    None.

24    **5.    UNSERVED PARTIES**

25    None.

26    **6.    ADDITIONAL PARTIES**

27    None.

28

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

**7.    CONSENT TO MAGISTRATE JUDGE**

Plaintiff does not consent to a Magistrate.

**ALTERNATIVE DISPUTE RESOLUTION**

**8.    ADR PROCESS**

The parties are willing to participate in Early Neutral Evaluation (ENE).

**9.    OTHER INFORMATION**

None.

**DISCLOSURES**

**10.    DISCLOSURES**

The parties intend to make timely Initial Disclosures.

**11.    DISCOVERY PLAN**

The parties intend to conduct written discovery and depositions within F.R.C.P. limits.

**TRIAL SCHEDULE**

**12.    TRIAL DATE**

The parties propose the following dates:

| | |
|---|---|
| Non-Expert Discovery Cutoff | October 2008 |
| Designation of Experts | November 2008 |
| Expert Discovery Cutoff | December 2008 |
| Dispositive Motions | January 2009 |
| Pretrial Conference | February 2009 |
| Trial Date | February 2009 |

**13.    TRIAL LENGTH**

The parties anticipates trial in this matter will take two (2) days.

Dated:  MAY 21, 2008

*Felix Torres, Jr.*
Felix Torres, Jr.
Plaintiff, Pro Se

Dated:  5/ 22/08

GORDON & REES LLP

By: _____
Michael A. Laurenson
Attorney for Defendants
REGENTS OF THE UNIVERSITY
OF CALIFORNIA AND SUSAN WILLATS

-3-

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

1

**CASE MANAGEMENT ORDER**

2     The Joint Case Management Statement and Proposed Order is hereby adopted by the

3  Court as the Case Management Order for the case and the parties are ordered to comply with this

4  Order.  In addition the Court orders:

5

6  Dated: _____    _____

7                                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UCR/1049880/5668761v.1

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER