MICHAEL A. LAURENSON  (SBN:  190023)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
REGENTS OF THE UNIVERSITY
OF CALIFORNIA and SUSAN WILLATS

FELIX TORRES, JR.
P.O. Box 8605
Laguna Hills, CA  92654
Telephone: (650) 906-1346

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELIX TORRES, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UCSC ADA COMPLIANCE OFFICER SUSAN WILLATS, individually and in official capacity; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO.  C08-00857 JW<br><br>**STIPULATED DISMISSAL OF ACTION** |

    IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Settlement Agreement and Release of All Claims, the terms of which are incorporated herein by reference.

    IT IS SO STIPULATED.

Dated: MAY 23, 2008           _____***FELIX TORRES, JR.***_____
                                Felix Torres, Jr.
                                Plaintiff, Pro Se

1   Dated: _5/23/08_

2                                          GORDON & REES LLP

3                                          By: _____

4                                              Michael A. Laurenson
                                            Attorney for Defendants
5                                          REGENTS OF THE UNIVERSITY
                                            OF CALIFORNIA AND SUSAN WILLATS

6
        IT IS SO ORDERED.
7

8   Dated: _____

9                                          _____
                                            UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UCR/1049880/5693359v.1