MICHAEL A. LAURENSON  (SBN: 190023)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
REGENTS OF THE UNIVERSITY
OF CALIFORNIA and SUSAN WILLATS

FELIX TORRES, JR.
P.O. Box 8605
Laguna Hills, CA  92654
Telephone: (650) 906-1346

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELIX TORRES, JR., <br><br> Plaintiff, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; UCSC ADA COMPLIANCE OFFICER SUSAN WILLATS, individually and in official capacity; and DOES 1-10, Inclusive, <br><br> Defendants. | CASE NO.  C08-00857 JW <br><br> **STIPULATED DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, that the

above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure and the Settlement Agreement and Release of All Claims, the terms of

which are incorporated herein by reference.

IT IS SO STIPULATED.

Dated: MAY 23, 2008                            _____
                                                                  _**FELIX TORRES, JR.**_
                                                                  Felix Torres, Jr.
                                                                  Plaintiff, Pro Se

1 | Dated: _5/23/08_                        GORDON & REES LLP

2

3                                            By: _____
                                             Michael A. Laurenson
4                                            Attorney for Defendants
                                             REGENTS OF THE UNIVERSITY
5                                            OF CALIFORNIA AND SUSAN WILLATS

6

7          IT IS SO ORDERED.
       All pending deadlines, hearings and motions are terminated. The Clerk shall close this file.

8  | Dated: May 27, 2008 _____
                                             _____
9                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UCR/1049880/5693359v.1

-2-

STIPULATED DISMISS OF ACTION