# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** FELIX TORRES, JR. | **COURT CASE NUMBER** |
| **DEFENDANT** UNIVERSITY OF CALIFORNIA SANTA CRUZ, ET.AL. | **TYPE OF PROCESS** SEE INSTRUCTIONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNIVERSITY OF CALIFORNIA SANTA CRUZ POLICE DEPARTMENT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MICKEY ALUFFI, CHIEF OF POLICE, 1156 HIGH STREET, SANTA CRUZ, CA., 95064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FELIX TORRES JR.
P. O. BOX 8065
LAGUNA HILLS, CAL., 92654

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. COMPLAINT
2. SUMMONS
3. ORDER PERMITTING IFP
4. CLERK'S NOTICE

Signature of Attorney or other Originator requesting service on behalf of:  C. VARGAS
XX PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 535-5386
DATE: 2/29/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 4 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 03/18/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Lloyd Lee (University Counsel)

Address (complete only if different than shown above)
1111 Franklin Street, 8th Floor, Oakland CA

Date of Service: 4/7/08
Time: 11:01 pm

| Service Fee $4- | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $4- | Advance Deposits | Amount owed to U.S. Marshal or $4- | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 03/26/08 Forwarded to Oakland for Service

EXECUTED

**PRIOR EDITIONS MAY BE USED**   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FELIX TORRES, JR.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08-00857 JW

V.

University of California Santa Cruz, et.al.

TO:

UNIVERSITY OF CALIFORNIA SANTA CRUZ
Police Department
**Mickey Aluffi, Chief of Police**
**1156 High Street**
**Santa Cruz, Calif., 95064**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Felix Torres, Jr.
P.O. Box 8065
LaGuna Hills, CA 92654
650-906-1346

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

February 29, 2008
DATE

EXECUTED

Cindy Vargas
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/07/08 |
| Name of SERVER (PRINT) Donald Harris Jr | TITLE USMS |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lloyd Lee (University Counsel) 1114 Franklin Street Oakland CA

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $45 | TOTAL $45 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/23/2008
               Date

Signature of Server
UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113
*Address of Server*

EXECUTED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.