| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>FELIX TORRES JR. | COURT CASE NUMBER<br>C08-857 |
|---|---|
| DEFENDANT<br>UNIVERSITY OF CALIFORNIA SANTA CRUZ ETLAL. | TYPE OF PROCESS<br>SEE INSTRUCTIONS |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNIVERSITY OF CALIFORNIA SANTA CRUZ, POLICE DEPARTMENT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
JEN HOLZ, ANIMAL CONTROL OFFICER BARN H, 1156 HIGH STREET, SANTA CRUZ, CA., 95064

ENTERED

2008 MAY 30 P 12: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FELIX TORRES JR.
P. O. BOX 8065
LAGUNA HILLS, CA. 92654

| Number of process to be served with this Form - 285 | 4 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. COMPLAINT
2. SUMMONS
3. ORDER PERMITTING IFP
4. CLERK'S NOTICE

| Signature of Attorney or other Originator requesting service on behalf of:<br>C. VARGAS | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>535-5386 | DATE<br>2/29/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>4 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>05/13/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Lloyd Lee | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above)<br>1111 Franklin Street<br>Oakland, CA 94 | Date of Service: 4/7/08  Time: 11:01 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>$45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>$45 | Advance Deposits | Amount owed to U.S. Marshal or<br>$45 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
03/26/08 Forward to Oakland for Service

EXECUTED

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FELIX TORRES, JR.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08-00857 JW

V.

University of California Santa Cruz, et.al.

TO:

UNIVERSITY OF CALIFORNIA SANTA CRUZ
**Police Department
Jen Holz, Animal Control Officer
Barn H
1156 High Street
Santa Cruz, Calif., 95064**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Felix Torres, Jr.
P.O. Box 8065
LaGuna Hills, CA 92654
650-906-1346

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Richard W. Wieking*
CLERK

Cindy Vargas
(BY) DEPUTY CLERk

February 29, 2008
DATE

EXECUTED

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/7/08 |
| Name of SERVER (PRINT) Donald Harvey Jr | TITLE USMS |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lloyd Lee 1111 Franklin Street, Oakland, CA 95606

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/2008
Date

Signature of Server



U.S. MARSHALS SERVICE
... ROOM 2100
SAN JOSE, CA 95113

Address of Server

EXECUTED